U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
JUL 11 2011
AT____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
BETH MCMANUS O/B/O DOUGLAS MCMANUS,            :
                                               :CONSENT ORDER TO
                                               :REMAND PURSUANT TO
               Plaintiff,                      :SENTENCE 4 OF
                                               :42 U.S.C. 405(g)
                                               :
                                               :
       v.                                      :
                                               :
                                               :
MICHAEL J. ASTRUE,                             :Civil Action
COMMISSIONER OF SOCIAL SECURITY,               :No. 10-1477
                                               :
               Defendant.                      :
                                               :
-------------------------------------------------X

This matter having been opened to the Court by RICHARD S. HARTUNIAN, Acting United States Attorney for the Northern District of New York, and Peter Jewett, Special Assistant United States Attorney, attorneys for the Defendant, for an Order remanding the within cause of action to the Defendant to undertake further administrative proceedings, pursuant to sentence 4 of 42 U.S.C. 405(g); and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter, so that further administrative action may be taken;

IT IS on this 11th day of July, 2011;

ORDERED that this matter be, and the same hereby is, REMANDED to for further administrative proceedings and issuing a new decision and it is further

ORDERED that the within matter, be and hereby is, DISMISSED.

```
_____
GLENN T. SUDDABY
United States Magistrate Judge
```

The undersigned hereby consent to the form and entry of the within order.

        Richard S. Hartunian
        United States Attorney
By:  s/ Peter W. Jewett
        Peter W. Jewett
        Special Assistant U.S. Attorney

By:  s/ Lawrence D. Hasseler
        Lawrence D. Hasseler, Esq.
        Attorney for Plaintiff