# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**BETH MCMANUS o/b/o DOUGLAS MCMANUS**

    vs.                      **CASE NUMBER: 6:10-CV-1477 (GTS/DEP)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the Stipulated Consent Order to Remand, this action is hereby REMANDED to the Commissioner pursuant to sentence 4 of 42 USC section 405(g) for further administrative proceedings and to issue a new decision.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 11th day of July, 2011.

DATED: July 12, 2011

*Lawrence K. Baerman*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk