**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.

**F I L E D**

SEP 0 1 2011

AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

------------------------------------------------------- x

BETH MCMANUS obo :
DOUGLAS MCMANUS, :
                              :

                Plaintiff, :
                              : **Civil Action No. 10-1477**

       v. :

COMMISSIONER OF :
SOCIAL SECURITY, : **ORDER AWARDING**
                              : **ATTORNEY FEES UNDER EAJA**
                              :

                Defendant. :

------------------------------------------------------- x

       This matter having been opened to the Court by Lawrence Hasseler for an Order

awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it

appearing that Richard S. Hartunian, United States Attorney, and Peter Jewett, Special Assistant

United States Attorney, attorneys for defendant, having consented to the entry of an Order

awarding an amount of one thousand, four hundred and twenty dollars, [$1420.00], plus an

additional amount of four hundred and fifteen dollars [$415.00] for costs, the Court having

reviewed the record in this matter;

       IT IS on this _____ day of September, 2011;

       ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in

the amount of one thousand, four hundred and twenty dollars, and eleven cents [$1420.00], plus
an additional amount of four hundred and fifteen dollars [$415.00] for costs; fees are payable to
the plaintiff, but if plaintiff does not owe a debt subject to offset, payable to the attorney; and it
is further;

       ORDERED that the within matter is dismissed.

Hon. GLENN T. SUDDABY
United States Magistrate Judge

The undersigned hereby stipulates to the form and entry of the within order.

Richard S. Hartunian
United States Attorney

By:     /s/ Peter Jewett
        Peter Jewett
        Special Assistant U.S. Attorney

By:     /s/ Lawrence Hasseler
        Lawrence Hasseler
        Attorney for Plaintiff